**WHITE & CASE**

November 16, 2018

**VIA ECF**

The Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

whitecase.com

Re:   *Randy Abbas v. Hestia Tobacco, LLC and David Sley*, 18-CV-05151(ENV)(RER)

Dear Judge Vitaliano:

We represent the Defendants in this matter and submit this joint status report on behalf of all parties pursuant to Your Honor's order, dated November 2, 2018, regarding Plaintiff's request to amend his complaint.

Counsel for the parties have conferred as directed. Defendants consent to Plaintiff filing an amended complaint, while reserving their right to move to dismiss as contemplated in the Court's order. The parties propose the following schedule:

| Amended Complaint | December 6, 2018 |
| Defendants' Motion to Dismiss | January 7, 2019 |
| Plaintiff's Opposition to Motion to Dismiss | January 28, 2019 |
| Defendants' Reply in support of the Motion to Dismiss | February 7, 2019 |

Respectfully Submitted,

Kimberly A. Haviv (alf)
Kimberly A. Haviv
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8683
kim.haviv@whitecase.com
*Attorneys for Defendants*

cc: Counsel for Plaintiff (via ECF)

AMERICAS 96546426