**LAW FIRM 2.0®**

**FISHERBROYLES**
A LIMITED LIABILITY PARTNERSHIP

**Christina H. Bost Seaton, Esq.**
Partner
445 Park Avenue, Ninth Floor
New York, New York 10022

Direct:  (203) 887-4665
Facsimile:  (347) 230-8654

Christina.BostSeaton@fisherbroyles.com

April 30, 2019

**VIA ELECTRONIC MAIL**

**Frank Daley**
**Eastern District of New York**
**Case Management**
**Electronic Case Files**

Re:   **Pay.gov Tracking ID: 26C75O38**
       **Abbas v. Hestia 18-cv-05151**

Dear Eastern District of New York:

I write to request a refund be issued to original form of payment for Pay.gov Tracking ID: 26C75O38, Agency Tracking ID: 0207-10723348 in the amount of $400.  The card was charged twice for the same transaction. The corresponding transaction, for your record-checking, is Pay.gov Tracking ID: 26C75O7B, Agency Tracking ID: 0207-10723360. The last four digits for the original card of payment is 1002 belonging to Richard Cohen.

If you have any questions or need additional information, please contact me at the information above or you can also contact Richard Cohen at (917) 576-7919. Thank you for your assistance.

Very truly yours,

**FISHERBROYLES, LLP**


**/S/: CHRISTINA BOST SEATON**
**CHRISTINA H. BOST SEATON, ESQ.**