LAW FIRM 2.0®

**FISHERBROYLES**
A LIMITED LIABILITY PARTNERSHIP

**Christina H. Bost Seaton, Esq.**
Partner
445 Park Avenue, Ninth Floor
New York, New York 10022

Direct:  (203) 887-4665
Facsimile:  (347) 230-8654

Christina.BostSeaton@fisherbroyles.com

April 30, 2019

**VIA ELECTRONIC MAIL**

**Frank Daley**
**Eastern District of New York**
**Case Management**
**Electronic Case Files**

Re:   **Pay.gov Tracking ID: 26C75O38**
       **Abbas v. Hestia 18-cv-05151**

Dear Eastern District of New York:

I write to request a refund be issued to original form of payment for Pay.gov Tracking ID: 26C75O38, Agency Tracking ID: 0207-10723348 in the amount of $400.  The card was charged twice for the same transaction. The corresponding transaction, for your record-checking, is Pay.gov Tracking ID: 26C75O7B, Agency Tracking ID: 0207-10723360. The last four digits for the original card of payment is 1002 belonging to [...]

If you have any questio[...] information above or you can also contact [...] istance.

**APPROVED ON**

*05/01/2019*

DOUGLAS C. PALMER
CLERK OF COURT

*August Marziliano*
By: August Marziliano, Operations Manager

Application approved.  The attorney has made the following payments:
1:18-cv-05151-ENV-RER     Bost Seaton, Christina Heather     2018-09-12 22:54:58     Complaint(1:18-cv-05151) [cmp cmp] ( 400.00)   CreditCard 0207-10723348     $ 400.00
1:18-cv-05151-ENV-RER     Bost Seaton, Christina Heather     2018-09-12 23:04:12     Complaint(1:18-cv-05151) [cmp cmp] ( 400.00)   CreditCard 0207-10723360     $ 400.00.  Payment with receipt number 0207-10723348 should be refunded.

ATLANTA • AUSTIN • BOSTON • CHARLOTTE • CHICAGO • CINCINNATI • CLEVELAND • COLUMBUS • DALLAS • DENVER • DETROIT • HOUSTON
LOS ANGELES • NAPLES • NEW YORK • PALO ALTO • PHILADELPHIA • PRINCETON • SALT LAKE CITY • SEATTLE • WASHINGTON D.C.