UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ABBAS,

                                                                                       JUDGMENT
                                                                                       18-CV-5151 (ENV) (RER)

                       Plaintiff,

   v.

HESTIA TOBACCO, LLC AND DAVID SLEY,

                       Defendants.
-------------------------------------------------------------X

       An Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on October 16, 2020, adopting the Report and Recommendation of Magistrate Judge Ramon E. Reyes, dated August 28, 2020, granting plaintiff's motion for default judgment upon proof of service; and awarding plaintiff damages against defendants jointly and severally liable for $1,000,000 in damages with a 10% prejudgment interest rate; and the Clerk of Court having calculated the prejudgment interest at the rate set forth in the R&R from August 10, 2018, to the date of judgment, and the prejudgment interest being $219,582.03 it is

       ORDERED and ADJUDGED that plaintiff's motion for default judgment is granted; and that judgment is hereby entered in favor of plaintiff and against defendants jointly and severally in the total amount of $1,219,582.03.

Dated: Brooklyn, New York                                           Douglas C. Palmer
       October 19, 2020                                                Clerk of Court

                                                                              By:    */s/Jalitza Poveda*
                                                                                           Deputy Clerk